# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-2645
_____

JENNIFER PETRANDIS, Former
Wife,

    Appellant,

    v.

THOMAS MARK PETRANDIS,
Former Husband, and ANGELO
AND SON'S TROPICAL TRADER
SHRIMP COMPANY, LLC,

    Appellees.

_____

On appeal from the Circuit Court for Wakulla County.
J. Layne Smith, Judge.

May 29, 2026

PER CURIAM.

    AFFIRMED.

ROBERTS, M.K. THOMAS, and NEFF, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Shannon Novey, Christin Foster Gonzalez, Jerome M. Novey, Sarah Carter, and Colleen Dierdre Mullen Yorio of Novey Gonzalez Family Law, Tallahassee, for Appellant.

John Christopher Kenny of Law Offices of John C. Kenny, P.A., Tallahassee, for Appellees.